### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO.: 20-077 |
| **MARLON ESCOBAR MENDEZ,** | : |
| Defendant. | : |

**FILED**
**APR 2 0 2020**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### STATEMENT OF OFFENSE

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant Marlon Escobar Mendez (hereinafter "defendant" or "Escobar Mendez") and the United States agree and stipulate to the following:

1. Marlon Escobar Mendez is a national of Guatemala, who has no legal status in the United States.

2. The defendant has been removed from the United States and returned to Guatemala twice. The first removal occurred on or about June 28, 2011, and the second removal occurred on or about August 9, 2013. Both times, the defendant was removed from Mesa, Arizona.

3. On January 3, 2020, Escobar Mendez was found in the United States again, this time in the District of Columbia, even though he had not obtained the prior permission of the U.S. Attorney General or the Secretary of Homeland Security to apply for admission into the United States.

4. On January 3, 2020, Jonathan Gillis was working as a Library Police Officer at the Mount Pleasant Library, located at 3160 16th Street, N.W., Washington, D.C. Officer Gillis observed Escobar Mendez drinking a can of Natural Ice Beer on the front exterior steps of the library. Officer Gillis asked the defendant to leave the area, but instead, the defendant poured beer onto Officer Gillis's pants. When Officer Gillis attempted to place the defendant under arrest, the

defendant resisted and bit Officer Gillis on the left and right wrist. The defendant was then charged with assaulting Officer Gillis in the Superior Court of the District of Columbia, in Case Number 2020CMD00232.

5. On January 4, 2020, law enforcement officers with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), took Escobar Mendez into custody. The defendant was interviewed by ICE agents and during that interview, he admitted that he is a citizen of Guatemala who illegally re-entered the United States in 2013. Escobar Mendez also admitted that he had been previously deported from the United States.

6. On January 4, 2020, a Deportation Officer with ICE issued a "Notice of Intent/Decision to Reinstate Prior Order," that being the original Order of Removal issued on June 16, 2011, and a new "Warrant of Removal/Deportation," dated January 4, 2020, was issued for the defendant. Accordingly, the defendant will be removed from the United States once his criminal matters have concluded.

Respectfully submitted,

TIMOTHY J. SHEA
UNITED STATES ATTORNEY

By: _____
Frederick W. Yette
Assistant United States Attorney
DC Bar No. 385-391
United States Attorney's Office
555 Fourth Street NW
Washington, DC 20530
Telephone: (202) 252-7733

### DEFENDANT'S ACCEPTANCE

I have read this Statement of Offense and have discussed it with my attorney, Dani Jahn, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to

me, nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 4/20/2020

_____
Marlon Escobar Mendez
Defendant

## ATTORNEYS' ACKNOWLEDGMENT

I have read every page of this Agreement, reviewed this Agreement with my client, Marlon Escobar Mendez, and fully discussed the provisions of this Agreement with my client. These pages accurately and completely set forth the entire Agreement. I concur in my client's desire to plead guilty as set forth in this Agreement.

Date: 4/20/2020

_____
Dani Jahn, Esq.
Attorney for Defendant